# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SYLVESTER AYALLA, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No: 06-2321 KHV |
| ) | |
| FIRESIDE BANK, ) | |
| a California corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Mutual Stipulation of Dismissal with Prejudice filed herein (Doc. #9), plaintiff Sylvester Ayalla, Jr.'s claims against defendant Fireside Bank and defendant Fireside Bank's counterclaims against plaintiff Sylvester Ayalla, Jr. and this action are hereby dismissed with prejudice with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

Dated: December 4, 2006

Kansas City, Kansas